IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Applicant,<br><br>  v.<br><br>LENA YAN,<br><br>      Respondent.<br>_____/ | No. C 09-mc-80116 WHA<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON APPLICATION TO COMPEL COMPLIANCE WITH SUBPOENA** |

The Securities and Exchange Commission has filed an application for an order compelling compliance with administrative subpoenas. The Commission must serve the moving papers on respondent by **WEDNESDAY, JUNE 10, 2009, AT 5:00 P.M.**, if it has not already done so. Respondent may file any opposition to the application by **TUESDAY, JUNE 16, 2009, AT NOON**. The Commission may file any reply thereto by **THURSDAY, JUNE 18, 2009, AT NOON**. A hearing on the application will be held **MONDAY, JUNE 22, 2009, AT 2:30 P.M**.

**IT IS SO ORDERED.**

Dated: June 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE