IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>  v.<br><br>LENA YAN,<br><br>    Respondent.<br>                                    / | No. C 09-mc-80116 WHA<br><br>**ORDER RE BRIEFING SCHEDULE ON APPLICATION TO COMPEL COMPLIANCE WITH SUBPOENA** |

The Securities and Exchange Commission has filed an application for an order compelling compliance with administrative subpoenas, and a hearing on the application is scheduled for June 22. Counsel for respondent requested an additional day to file its opposition brief due to a pre-existing conflict. The Commission does not oppose the request so long as its time to file a reply brief is not affected. Good cause being shown, respondent's request is granted. Respondent may file any opposition to the application by **WEDNESDAY, JUNE 17, 2009, AT NOON**. The Commission may file any reply thereto by **FRIDAY, JUNE 19, 2009, AT NOON**. The hearing remains unchanged and will be held **MONDAY, JUNE 22, 2009, AT 2:30 P.M**.

    **IT IS SO ORDERED.**

Dated: June 15, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE